**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MANGAYAO, ROLAND<br>MANGAYAO, RUFINA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-51334 JS<br><br>JUDGE JOHN SQUIRES |

## TRUSTEE'S FINAL REPORT

To:     THE HONORABLE JOHN SQUIRES
          BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/13/05. The Trustee was appointed on 10/13/05. An order for relief under Chapter 7 was entered on 10/13/05.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 8/23/07 is as follows:

| | | |
|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | $ 15,057.41 |
| b. | DISBURSEMENTS (See Exhibit C) | $ 69.87 |
| c. | NET CASH available for distribution | $ 14,987.54 |
| d. | TRUSTEE/PROFESSIONAL COSTS | |
| | 1. Trustee compensation requested (See Exhibit E) | $ 2,255.74 |
| | 2. Trustee Expenses (See Exhibit E) | $ 100.00 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ 15,012.59 |
| e. | Illinois Income Tax for Estate (See Exhibit G) | $ 0.00 |

5.    The Bar Date for filing unsecured claims expired on 12/06/06.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $ 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ 17,368.33 |
| c. | Allowed Chapter 11 Administrative Claims | $ 0.00 |
| d. | Allowed priority claims | $ 0.00 |
| e. | Allowed unsecured claims | $ 46,474.07 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $15,012.59.  The total of Chapter 7 professional fees and expenses requested for final allowance is $17,368.33. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.    A fee of $1,050.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  8/22/07                                    RESPECTFULLY SUBMITTED,


By:/s/David E. Grochocinski
    DAVID GROCHOCINSKI, TRUSTEE
    1900 RAVINIA PLACE
    ORLAND PARK, IL  60462
    Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Mangayao, Roland & Rufina

August 21, 2007

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/21/2005 | DEG | Review schedules in advance of 341 meeting | 0.30<br>350.00/hr | 105.00 |
| 12/27/2005 | DEG | Conduct 341 meeting | 0.40<br>350.00/hr | 140.00 |
| 12/28/2005 | DEG | Review of docket on case | 0.10<br>350.00/hr | 35.00 |
| 12/29/2005 | DEG | Prepare asset report and direct claims to be filed | 1.00<br>350.00/hr | 350.00 |
| 1/4/2006 | DEG | Review of tract search on real estate | 0.80<br>350.00/hr | 280.00 |
| | DEG | Prepare notice of interest in real estate and mail to recorder of deeds | 1.20<br>350.00/hr | 420.00 |
| 1/26/2006 | DEG | Facsimile letter to Harriet Bode to see house and give real estate estimate of sale price | 0.30<br>350.00/hr | 105.00 |
| | DEG | Review payoff information on first mortgage | 0.20<br>350.00/hr | 70.00 |
| 2/3/2006 | DEG | Email to attorney for debtor regarding demand to allow broker access to premises for the analysis; failure to cooperate | 0.30<br>350.00/hr | 105.00 |
| 2/15/2006 | DEG | Email to attorney to send copies of all basis documents to Trustee | 0.20<br>350.00/hr | 70.00 |
| 2/27/2006 | DEG | Order from 2/24/06 regarding compelling debtor to cooperate to attorney for debtor | 0.10<br>350.00/hr | 35.00 |
| 3/13/2006 | DEG | Discuss with DPL and AWR regarding objection to conversion | 0.90<br>350.00/hr | 315.00 |
| 4/3/2006 | DEG | Facsimile letter to attorney for debtors regarding resolution of issues | 0.30<br>350.00/hr | 105.00 |



EXHIBIT

A

Mangayao, Roland & Rufina                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/19/2007 | DEG | Telephone conference with AWR; review of issues in sale of house and payment of creditors | 0.30 350.00/hr | 105.00 |
| 8/13/2007 | DEG | Letter with order of consolidation to accountant | 0.20 350.00/hr | 70.00 |
| 8/19/2007 | DEG | Review of accountant's invoice and tax returns | 1.00 350.00/hr | 350.00 |
| 8/22/2007 | DEG | Prepared letter to IRS and IDR regarding prompt determination | 1.00 350.00/hr | 350.00 |
|  | DEG | Prepared final report | 2.50 350.00/hr | 875.00 |
|  | SUBTOTAL: | | [ 11.10 | 3,885.00] |
|  | For professional services rendered | | 11.10 | $3,885.00 |

Upon the filing of the case, the Trustee determined that equity existed in the Debtors' residence at 138 Greenmeadow, Glendale Heights, Illinois and duly recorded a notice of interest with the DuPage County Recorder of Deeds.

The Trustee then proceeded to employ a broker and take action to sell the house.  In the interim the Debtors hired new counsel, obtained a post-petition loan using the property as collateral and paid the listed creditors, retaining funds for themselves.

The Trustee was required to take action to have an accounting provided, a turnover of remaining funds and related issues.

None of these expenses would have resulted had the debtors not taken action to borrow funds post-petition using property of the estate as collateral.  Creditors were paid in full except that no interest was able to be paid on their claims.

## TRUSTEE COSTS

| | | |
|---|---|---|
| 1) | **Property Insights** | **$60.00** |
| 2) | **Recorder of Deeds** | **40.00** |

**TOTAL COSTS**                                    **$100.00**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                      $_____15,057.41

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                     $_____470.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                            $_____3,880.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 05B-51334 JS |
| **Case Name:** | MANGAYAO, ROLAND |
| | MANGAYAO, RUFINA |
| **Period Ending:** | 08/22/07 |

| | |
|---|---|
| **Trustee:** (520067) | DAVID GROCHOCINSKI, TRUSTEE |
| **Filed (f) or Converted (c):** | 10/13/05 (f) |
| **§341(a) Meeting Date:** | 12/27/05 |
| **Claims Bar Date:** | 12/06/06 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 138 GREENMEADOW DRIVE, GLENDALE HEIGHTS, IL (u) | Unknown | Unknown | | 0.00 | Unknown |
| 2 | CHECKING - BANK ONE | 150.00 | 0.00 | | 0.00 | FA |
| 3 | MISC HOUSEHOLD GOODS | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 4 | CLOTHING | 800.00 | 0.00 | | 0.00 | FA |
| 5 | EMPLOYER - TERM LIFE INS. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | PENSION | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 1992 FORD ECONOLINE VAN | 1,150.00 | 0.00 | | 0.00 | FA |
| 8 | 1988 TOYOTA SUPRA | 1,070.00 | 0.00 | DA | 0.00 | FA |
| 9 | TURNOVER OF BANK DEPOSIT (u) (See Footnote) | 60,000.00 | 60,000.00 | | 14,949.93 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 107.48 | Unknown |
| 10 | **Assets**     **Totals** (Excluding unknown values) | **$64,470.00** | **$60,000.00** | | **$15,057.41** | **$0.00** |

RE PROP# 9      DEBTORS BORROWED MONEY ON THEIR HOME POST-PETITION - HOME NOT LISTED ON SCHEDULES

**Major Activities Affecting Case Closing:**

REAL ESTATE NOT LISTED IN SCHEDULES; FILED NOTICE OF INTEREST
INVESTIGATING LIENS
TURNOVER OF BALANCE OF FUNDS FROM UNAUTHORIZED POST-PETITION TRANSFERS; RELATED CASE OF RONALD MANGAYAO REOPENED;

Printed: 08/22/2007 10:28 AM     V.9.55

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 05B-51334 JS |
| **Case Name:** | MANGAYAO, ROLAND |
| | MANGAYAO, RUFINA |
| **Period Ending:** | 08/22/07 |

| | | |
|---|---|---|
| **Trustee:** | (520067) | DAVID GROCHOCINSKI, TRUSTEE |
| **Filed (f) or Converted (c):** | 10/13/05 (f) | |
| **§341(a) Meeting Date:** | 12/27/05 | |
| **Claims Bar Date:** | 12/06/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

ATTEMPT TO RESOLVE POST-PETITION TRANSFER PROBLEMS

**Initial Projected Date Of Final Report (TFR):** December 30, 2007      **Current Projected Date Of Final Report (TFR):** June 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-51334 JS |
| **Case Name:** | MANGAYAO, ROLAND |
| | MANGAYAO, RUFINA |
| **Taxpayer ID #:** | 13-7536687 |
| **Period Ending:** | 08/22/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****80-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/28/06 | {9} | RONALDO MANGAYAO | PARTIAL SETTLEMENT REGARDING REAL ESTATE | 1249-000 | 14,949.93 | | 14,949.93 |
| 08/10/06 | 1001 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 56.83 | 14,893.10 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 10.14 | | 14,903.24 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 9.47 | | 14,912.71 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 10.45 | | 14,923.16 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 9.80 | | 14,932.96 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 9.48 | | 14,942.44 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.96 | | 14,952.40 |
| 02/12/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-51334, BOND#  016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 13.04 | 14,939.36 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.45 | | 14,946.81 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.98 | | 14,954.79 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.25 | | 14,963.04 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.25 | | 14,971.29 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.72 | | 14,979.01 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.53 | | 14,987.54 |

Subtotals :     $15,057.41         $69.87

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-51334 JS |
| **Case Name:** | MANGAYAO, ROLAND |
| | MANGAYAO, RUFINA |
| **Taxpayer ID #:** | 13-7536687 |
| **Period Ending:** | 08/22/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****80-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 15,057.41 | 69.87 | $14,987.54 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 15,057.41 | 69.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,057.41 | $69.87 | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-51334 JS |
| **Case Name:** | MANGAYAO, ROLAND |
| | MANGAYAO, RUFINA |
| **Taxpayer ID #:** | 13-7536687 |
| **Period Ending:** | 08/22/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****80-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| Net Receipts : | 15,057.41 |
|---|---|
| Net Estate : | $15,057.41 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****80-65** | 15,057.41 | 69.87 | 14,987.54 |
| **Checking # ***-*****80-66** | 0.00 | 0.00 | 0.00 |
| | **$15,057.41** | **$69.87** | **$14,987.54** |

{} Asset reference(s)

Printed: 08/22/2007 10:28 AM    V.9.55

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                          CHAPTER 7 CASE
MANGAYAO, ROLAND
MANGAYAO, RUFINA                                CASE NO. 05B-51334 JS

                                                JUDGE JOHN SQUIRES
                    Debtor(s)

**PROPOSED DISTRIBUTION REPORT**

    I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 14,987.54 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>                  $ 14,987.54

**\*\*$46,474.07 HAS PREVIOUSLY BEEN PAID TO CREDITORS IN THIS CASE.  ITEM #13 IN THIS DISTRIBUTION REFLECTS $0.00 DOLLARS BECAUSE CREDITORS WERE NOT PAID THROUGH THE BANKRUPTCY ESTATE.  UNSECURED CREDITORS WERE PAID IN FULL BY THE DEBTORS OUTSIDE THE BANKRUPTCY ESTATE.  THOSE FUNDS WERE NOT COLLECTED BY THE TRUSTEE.  SEE ATTACHED CANCELED CHECKS.**

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                          **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of $ administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | 17,368.33 | 86.29% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,255.74 | 1,946.54 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 100.00 | 86.29 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 217.59 | 187.76 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 13,580.00 | 11,718.50 |
| ADMIN5 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,215.00 | 1,048.45 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession $ (DIP) administrative expenses) | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORT**                                                    **PAGE 2**

| 4.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | 0.00 | 0.00% |

| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL              $ | 0.00 |

| 5.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL              $ | 0.00 |

| 6.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds $ | 0.00 | 0.00% |

| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL              $ | 0.00 |

| 7.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|

**DISTRIBUTION REPORT**                                              **PAGE 3**

|  |  | TOTAL |
|---|---|---|
|  | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 $ |  | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL    $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony $ |  | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL    $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: $ |  | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL    $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties $ |  | 0.00 | 0.00% |

**DISTRIBUTION REPORT**                                        **PAGE 4**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) $ | 46,474.07 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | WEST SUBURBAN BANK VISA | 1,249.58 | 0.00 |
| 002 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | 13,903.33 | 0.00 |
| 003 | CHASE BANK USA, NA | 1,743.02 | 0.00 |
| 004 | CHASE BANK USA NA | 3,829.41 | 0.00 |
| 005 | CHASE BANK USA NA | 5,633.53 | 0.00 |
| 006 | CHASE BANK USA NA | 3,027.15 | 0.00 |
| 007 | CHASE BANK USA NA | 10,993.35 | 0.00 |
| 008 | MBNA AMERICA BANK NA | 6,094.70 | 0.00 |
| | | TOTAL          $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**DISTRIBUTION REPORT**                                              **PAGE 5**

General Unsecured Subordinated claims                    $          0.00          0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**DISTRIBUTION REPORT**                                              **PAGE 6**

§726(a)(6) - Surplus to Debtor                    0.00              0.00%
$

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____     _____

                                    DAVID GROCHOCINSKI, TRUSTEE

ROLANDO S MANGAYAO
138 GREEN MEADOW DR
GLENDALE HEIGHTS, IL 60139

1008

7-24-06

Pay to the
Order of   West Suburban Bank   $ 1249.58

One thousand Two hundred forty nine 58/100   Dollars

TCF BANK

For  4121 4848 5687 7115          PS Mangayao

⑆271497857248⑆ 9876480330⑆ 01008 ⑈0001249580⑆

05203B706 07-26-06  120  1248 00
074909952
05303B706 07-26-06  120  1248 00
8091                 824  2906

LOMBARD  IL

ROLANDO S MANGAYAO
726 GREEN MEADOW DR
GLENDALE HEIGHTS, IL

RECEIVED MR    JUL 26 2006

1009

7-24-06    Date

Pay to the
Order of    Discover Card    |  $ 13,903.33

Thirteen thousand nine hundred three 33/100    Dollars

TCF BANK

For 6011-0078 0004 3423        RS Mangayao

⑆271972572⑆  98784830333⑆  01009⑆000139033⑈

FOR DEPOSIT ONLY

SENTRUST ELT

4700574480

0335064200

DISCOVER BANK
DOVER DE

0810070000049425 S 0443 S1
019 208 587 03 835





















Page 5 of 8

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 217.59 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 13,580.000 | |
| | | | 13,797.59 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,215.00 | |
| | | | 1,215.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 15,012.59 | $ 15,012.59 |

1