**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

MANGAYAO, ROLAND
MANGAYAO, RUFINA

Debtor(s)

CHAPTER 7 CASE

CASE NO. 05B-51334 JS

JUDGE JOHN SQUIRES

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

**TO** the Debtor(s), Creditors, and other Parties in Interest:

1.  **NOTICE IS HEREBY GIVEN** that the Trustee of the above
    captioned case has filed a Trustee's Final Report and final
    applications for compensation.  A hearing will be held.

    At:  **DUPAGE COUNTY COURTHOUSE**
         **505 N. COUNTY FARM ROAD, ROOM 2000**
         **WHEATON, ILLINOIS 60187**

    On:  **November 16, 2007**
    At:  **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections
    to the Final Report, ruling on applications for compensation and
    expenses and any objections to the pending applications and
    transacting such other business as may be properly noticed before
    the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS
    IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $              15,057.41

    b. Disbursements                         $                  69.87

    c. Net Cash Available for Distribution   $              14,987.54

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,255.74 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $100.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $217.59 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $13,580.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,215.00 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.      Claims of general unsecured creditors totaling $46,474.07 have been allowed and were previously paid in full by the debtors.

Allowed general unsecured claims are as follows and have been previously paid in full:

| Claim Number | Claimant | Allowed Amount of Claim | Previously Paid |
|---|---|---|---|
| 001 | WEST SUBURBAN BANK VISA | $ 1,249.58 | $ 1,249.58 |
| 002 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | $ 13,903.33 | $ 13,903.33 |
| 003 | CHASE BANK USA, NA | $ 1,743.02 | $ 1,743.02 |
| 004 | CHASE BANK USA NA | $ 3,829.41 | $ 3,829.41 |
| 005 | CHASE BANK USA NA | $ 5,633.53 | $ 5,633.53 |
| 006 | CHASE BANK USA NA | $ 3,027.15 | $ 3,027.15 |

| 007 | CHASE BANK USA NA | $ 10,993.35 | $ 10,993.35 |
| 008 | MBNA AMERICA BANK NA | $ 6,094.70 | $ 6,094.70 |

8.　　　Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.　　　The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.　　　Debtor has been discharged.

11.　　　The Trustee proposed to abandon the following property at the hearing: Books and records of debtor, household goods and 1988 Toyota Supra

Dated:  **October 23, 2007**

For the Court,

B  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:　DAVID GROCHOCINSKI, TRUSTEE
Address:　1900 RAVINIA PLACE
　　　　　　ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                    CHAPTER 7 CASE
MANGAYAO, ROLAND
MANGAYAO, RUFINA                          CASE NO. 05B-51334 JS

                                          JUDGE JOHN SQUIRES

        Debtor(s)

<u>**ORDER AWARDING COMPENSATION AND EXPENSES**</u>

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 1,946.54 |
| 2. | Trustee's expenses | $ 86.29 |
| | TOTAL | $ 2,032.83 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 11,718.50 |
| | b. Expenses | $ 187.76 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 1,048.45 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

　　　　d. Chapter 11 Expenses　　　　　　　$＿＿＿＿＿0.00

3.　　Other Professionals

　　　　　　　　　　　　　TOTAL　　$＿＿12,954.71

　　　IT IS FURTHER ORDERED that the Trustee is directed to pay
the allowances listed above after the Trustee's Distribution Report is
filed with the Clerk of the Bankruptcy Court.


DATED　　　　day
this　　＿＿＿＿of　＿＿＿＿＿＿＿＿＿200 ＿＿


　　　　　　　ENTER
　　　　　　　ED　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　JOHN SQUIRES
　　　　　　　　　　UNITED STATES BANKRUPTCY
　　　　　　　　　　JUDGE