**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: <br> MANGAYAO, ROLAND <br> MANGAYAO, RUFINA <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 05B-51334 JS <br><br> JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   DUPAGE COUNTY COURTHOUSE
         505 N. COUNTY FARM ROAD, ROOM 2000
         WHEATON, ILLINOIS 60187

   On:   **November 16, 2007**
   At:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $           15,057.41

   b. Disbursements                         $               69.87

   c. Net Cash Available for Distribution   $           14,987.54

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,255.74 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $100.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $217.59 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $13,580.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,215.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $46,474.07 have been allowed and were previously paid in full by the debtors.

Allowed general unsecured claims are as follows and have been previously paid in full:

| Claim Number | Claimant | Allowed Amount of Claim | Previously Paid |
|---|---|---|---|
| 001 | WEST SUBURBAN BANK VISA | $ 1,249.58 | $ 1,249.58 |
| 002 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | $ 13,903.33 | $ 13,903.33 |
| 003 | CHASE BANK USA, NA | $ 1,743.02 | $ 1,743.02 |
| 004 | CHASE BANK USA NA | $ 3,829.41 | $ 3,829.41 |
| 005 | CHASE BANK USA NA | $ 5,633.53 | $ 5,633.53 |
| 006 | CHASE BANK USA NA | $ 3,027.15 | $ 3,027.15 |

| 007 | CHASE BANK USA NA | $ 10,993.35 | $ 10,993.35 |
| 008 | MBNA AMERICA BANK NA | $ 6,094.70 | $ 6,094.70 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Books and records of debtor, household goods and 1988 Toyota Supra

Dated: **October 23, 2007**

For the Court,

B **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| MANGAYAO, ROLAND | |
| MANGAYAO, RUFINA | CASE NO. 05B-51334 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 1,946.54 |
| 2. | Trustee's expenses | $ 86.29 |
| | TOTAL | $ 2,032.83 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 11,718.50 |
| | b. Expenses | $ 187.76 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 1,048.45 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

      d. Chapter 11 Expenses        $_____0.00

3.    Other Professionals

                                TOTAL         $____12,954.71

     IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

                    ENTERED   _____
                                      JOHN SQUIRES
                                      UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1             User: amcc7               Page 1 of 1            Date Rcvd: Oct 23, 2007
Case: 05-51334                   Form ID: pdf002           Total Served: 34

The following entities were served by first class mail on Oct 25, 2007.
db          +Roland S Mangayao,    138 Greenmeadow,    Glendale Heights, IL 60139-1936
jdb         +Rufina S Mangayao,    138 Greenmeadow,    Glendale Heights, IL 60139-1936
aty         +Andrew S Corbett,    Macey & Aleman,   20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7948
aty         +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David Chang,    Law Office of David Chang,    10 N. Martingale Rd.,    #400,
              Schaumburg, IL 60173-2411
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty         +Uche O. Nwakudu,    1301 West 22nd Street,    Oak Brook, IL 60523-2006
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
10153962    +Acute Care Specialists,    911 North Elm Street,    Suite 215,    Oak Brook, IL 60521-3641
10153963    +Arnold Scott Harris P.C.,    600 W. Jackson Blvd.,    Suite 450,    Chicago, IL 60661-5636
10153964    +Benificial National Bank,    PO Box 15518,    Wilmington, DE 19850-5518
10153965    +Blitt & Gaines PC,    318 W. Adams St., Suite 1600,    Chicago, IL 60606-5100
10153966     Calvary Investments,    PO BOX 27288,    Tempe, AZ 85285-7288
10153967     Chase,   Box 52126,    Phoenix, AZ 85072-2126
10564262    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10860009    +Chase Mortgage,    101 East Town Street,    Columbus OH 43215-5187
10153968     Chase Visa,    P.O. Box 52095,    Phoenix, AZ 85072-2095
10153969    +Chicago Department of Revenue,    P.O.Box 88292,    Chicago, IL 60680-1292
10153970    +Credit Collection Services,    2 Wells Avenue,    Newton Center, MA 02459-3246
10153961    +David Chang,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
10153971     Direct Merchants Bank,    PO Box 21222,    Tulsa, OK 74121-1222
10153973    +Evelyn A Pabes, D.D.S. Ltd,    201 E Army Trail Road,    Suite 311,    Bloomingdale, IL 60108-2138
10153974    +Farmers Insurance Group,    2245 Sequoia Drive,    Aurora, IL 60506-6210
10153976    +MBNA America Bank NA,    PO Box 15168 MS 1423,    Wilmington DE 19850-5168
10153975    +Max Madsen,    6150 S. LaGrange Rd.,    La Grange, IL 60525-4070
10153977    +Merchants Credit Guide,    223 W. Jackson,    Chicago, IL 60606-6993
10153978    +Merchants Credit Guide Co.,    223 W Jackson Boulevard,    Chicago, IL 60606-6993
10153960    +Roland S Mangayao,    Rufina S Mangayao,    138 Greenmeadow,    Glendale Heights, IL 60139-1936
10860008    +TCF National Bank,    567 W North Avenue,    Glendale Heights IL 60139-3118
10153979    +West Suburban Bank Visa,    P.O. Box 1269,    Lombard, IL 60148-8269

The following entities were served by electronic transmission on Oct 24, 2007.
10559556     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10153972     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55     Discover Financial Services,
              Greenwood Trust Company,    P.O. Box 6014,    Dover, DE
10153976    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 24 2007 04:01:02
              MBNA America Bank NA,    PO Box 15168 MS 1423,    Wilmington DE 19850-5168
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 25, 2007**            **Signature:** _/s/ Joseph Speetjens_